UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARSHALL ALLEN COATS,<br><br>Plaintiff,<br>v.<br><br>TINA ROBINSON, et al.,<br><br>Defendants. | CASE NO. 3:26-CV-5919-LK-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel, recommending dismissal of pro se Plaintiff Marshall Allen Coats' claims without leave to amend, and denial of Mr. Coats' motion to proceed *in forma pauperis*. Dkt. No. 4; *see* Dkt. Nos. 1, 1-1.

The Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3) (The Court "must determine de novo any part

of the magistrate judge's disposition that has been properly objected to."). In this case, instead of objecting to the R&R, Mr. Coats submitted two supplemental filings comprised of several paragraphs of vague legal analysis and requesting that the Court "open a civil RICO suit [and] criminal RICO suit[.]" Dkt. No. 6 at 2; *see also* Dkt. No. 5. Mr. Coats makes no reference to Judge Christel's R&R or any objections to the R&R. Accordingly, no objections to the R&R have been filed.

Having reviewed the R&R and the remainder of the record, and in the absence of any objections by Mr. Coats, the Court hereby finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation, Dkt. No. 4.
2. The case is DISMISSED without leave to amend for failure to state a claim upon which relief can be granted.
3. Mr. Coats' motion to proceed IFP is denied, Dkt. No. 1.
4. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).
5. The Clerk is directed to send copies of this Order to Mr. Coats at his last known address and to Judge Christel.

Dated this 10th day of September, 2026.

Lauren King
United States District Judge